CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JAN - 7 2020

JULIA C. DUDLEY, CLERK
BY: /s/ C. Surber
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:20CR1 |
| QUANTE LEON BOOKER | : |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about September 10, 2019, QUANTE LEON BOOKER, in the Western District of Virginia and elsewhere, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm (a Hi-Point 9mm Rifle Mod. No. 995), and the firearm was in and affecting commerce.

2. All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

2. The property to be forfeited to the United States includes but is not limited to the following property:

**FIREARM**

(1) Hi-Point 9mm Rifle Mod. No. 995 (Serial # E67285)

3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

- a. cannot be located upon the exercise of due diligence;
- b. has been transferred or sold to, or deposited with a third person;
- c. has been placed beyond the jurisdiction of the Court;
- d. has been substantially diminished in value; or
- e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p), including but not limited to above property.

A TRUE BILL, this ___7___ day of January, 2020.

s/Grand Jury Foreperson

*signature*
THOMAS T. CULLEN
United States Attorney

USAO#2020R00016
Case 1:20-cr-00001-JPJ-PMS   Document 1   Filed 01/07/20   Page 2 of 2   Pageid#: 2